**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Scott AHN, Defendant–Appellant.**

**No. 12–10003**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 7, 2012.

Brian Michael Pearce, Mary F. Kruger, Cynthia Smith, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, John Zacharia, U.S. Department of Justice–Criminal Division, Washington, DC, for Plaintiff–Appellee.

Scott Ahn, Coleman, FL, pro se.

Jay L. Strongwater, Strongwater & Associates, LLC, Atlanta, GA, for Defendant–Appellant.

Before DUBINA, Chief Judge, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Jay L. Strongwater, appointed counsel for Scott Ahn in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ahn's conviction and sentence are **AFFIRMED.**